# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SHERRY TYRONE RODGERS, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 18-0399-CG-B |
| THE STATE OF ALABAMA, | ) ) ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's petition be dismissed without prejudice.

**DONE and ORDERED** this 8th day of April, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE