# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHERRY TYRONE RODGERS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 18-0399-CG-B |
| | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's petition be **DISMISSED** without prejudice.

**DONE and ORDERED** this 8th day of April, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE